FILED
2007 Nov-29 AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ROBERT DAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:07-cv-1754-JEO |
| | ) |
| CAPITAL ONE BANK, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

The court having been advised by counsel for the plaintiff that the above-styled cause has been settled, it is **ADJUDGED** that this cause is hereby **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the action within thirty (30) days, upon good cause shown, or to submit a stipulated form of final judgment. Each party to bear their own costs.

The court reserves jurisdiction for thirty (30) days for the filing of motions to enforce settlement. If such motion is filed within thirty (30) days, the court will retain jurisdiction, thereafter to decide such motions. If settlement is not enforced, the action will be restored to the court's docket.

**DONE** and **ORDERED** this 29th day of November, 2007.

UNITED STATES DISTRICT JUDGE